

# NUMBER 13-25-00270-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF JAMES JOSEPH JESSIE GIOVANNOTTO AND ARMANDO EMMANUEL GIOVANNOTTO AND IN THE INTEREST OF V.G., A CHILD

---

## ON APPEAL FROM COUNTY COURT AT LAW NO. 6 OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Chief Justice Tijerina**

On April 25, 2025, appellant filed a notice of appeal. On May 19, 2025, the Clerk of the Court requested appellant to remit a $205.00 filing fee within ten days from the date of the notice. On June 10, 2025, the Clerk of the Court notified appellant he was delinquent in remitting a $205.00 filing fee. The Clerk of this Court further notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. TEX. R. APP. P. 42.3(c).

Appellant has not paid the filing fee nor otherwise responded to the notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.*

JAIME TIJERINA
Chief Justice

Delivered and filed on the
17th day of July, 2025.